### PLANTATIONS LEGAL DEFENSE SERVICES, INC.

v.

### William W. O'BRIEN.

### No. 77–269–A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Aram K. Berberian, Warwick, for plaintiff.

Dennis J. Roberts II, Atty. Gen., Forrest L. Avila, Special Asst. Atty. Gen., for defendant.

## ORDER

This case is assigned to the March, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why this appeal should not be dismissed in light of this court's opinion in *Plantations Industrial Supply v. O'Brien*, R.I., 379 A.2d 365 (1977).

DORIS and WEISBERGER, JJ., did not participate.